1010

SUSAN SANDERS, *Appellant*, v. JOEL ANDERSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-01954-2, Theodore F. Spearman, J., entered February 15, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34571-4-II. Division Two. August 14, 2007.]

HAROLD ROBERTS ET AL., *Respondents*, v. ROBERT DUNN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-00590-3, Gary Tabor, J., entered March 17, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 35164-1-II. Division Two. August 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS JAMES DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00674-5, Leila Mills, J., entered July 28, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.

[No. 35293-1-II. Division Two. August 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE RAE GRIFFITH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00746-4, Scott E. Blinks, J. Pro Tem., entered August 23, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.